FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

United States Federal Court
Wyoming

2023 OCT 16 PM 2:22

MARGARET BOTKINS, CLERK
CHEYENNE

Oriyomi Sadiq Aloba

Civil

1:23-cv-00192-SWS

US Court, Department of Justice.

All writ Act petition.
Under 28 USCS 1651.

Petitioner brings this petition under All writ Act pursuant to 28 USCS 1651, requesting that the court declare 28 USCS 1915(g) unconstitutional or inapplicable to petitioner as a result of extraordinary circumstances existed in this case.

Petitioner requests that the court declare that petitioner is not a prisoner in light of 28 USCS 1915A

Petitioner request that in light of extraordinary circumstances and fact finding of this case, the court declare that 28 USCS 1915(g) violates petitioner "Liberty interest" of equal protection of access to court.

The All Writ Act under 28 USCS 1651 provision that the Supreme court and all courts established by act of Con-

1

gress may issue all writ necessary or appropriate in aid of their respective jurisdiction and agreeable to usage and principle of law. Therefore base on interpretation of 28 USCS 1615 this civil petition is properly brought within 28 USCS 1615, petitioner properly present claim challenging constitutionality of application of 28 USCS 1915(g).

This Extraodinary circumstances presented in this case warrant this court to entertain petitioner writ because judicial branch of this court is carrying out functions that is over reach and in violation of the very fundamental bases of access to court guaranteed to petitioner under the First Amendment and equal protection right of access to court through the application of 28 USCS 1915(g) to bar petitioner from successfully bringing a civil against petitioner civil right violators.

The court function to apply 28 USCS 1915A in any suit by by plt petitioner is a procedural function mandatory by statute thus this function is not judicial officer's discretion and such function is not absolute in light petitioner right to challenge unprocedural conducts of the court However the 28 USCS 1915A bars every right of petitioner to challenge the legality of application of this Rule when the court within its own discretition determined that petitioner suit is barred without any avenue to challenge the applicability of 28 USCS 1915A. which is the bases of this

2

petition.

## Extraordinary circumstances

The extraordinary circumstances That warrant the the intervention of this court thrugh means of All writ Act exist within the intepretation 28 USCS 1615 giving to this court the power to issue All writ necessary to aid its jurisdiction, which is for the purpose deciding how this District will interprete the Application of 28 USCS 1915(g) in light of extraordinary circumstance presented through the body of this petition, Since this court has right to be giving opportunity to address petitioner claim of Conflict of interest against the United states courts in application of Laws and opinion since petitioner has a standing right of access to court of Any Courts created by Act of Congress Then Jurisdiction exist in this court.

## Background.

On around November 15 2017, petitioner was seized and was held in various prison in Houton TX jail, Los Angeles CA jail and subsequently continued in federal prison here at Coleman Federal prison. without any conviction or due process of Law.

On around January 2020, petitioner brought a suit

3

against An Identified Defendant which was dismissed with prejudice under the fact that petitioner was a prisoner convicted of a crime. please see 4:20-CV-2690, Petitioner has filed a response under Rule 60(b) challenging the Application 28 USCS 1915A and 28 USCS 1915(g) which is currently pending for review. Petitioner has done the same case 20-3100, case No 21-2139 pursuant to newly discovered evidence.

The newly discovered evidence was that petitioner was never convicted of a crime and not a prisoner of United States within the interpretation of thirteenth Amendment of United States, thus creates judicial responsibility to determine the reliability of judicial records used to make adversary decission over petitioner.

All Fact alleged in this case has been esterblished throughout all Federal court cases presented in this case.

According to Federal District Court in 4:20-CV-2690 applied 28 USCS 1915(g) on the ground that petitioner conviction was base on Federal Criminal case 2:18-Cr-00088-RGK however petitioner in his Rule 60(b) motion pending made a claim that he was not convicted of Any crime because he never attended any trial within the due process of law

4

and further supported within established evidence that the United States courts is engaging in corruption with associating petitioner with known false judicial records fabricated to enjoy unconstitutional infringement of right guaranteed by constitution of United states. Petitioner agued that 28 USCS 1915(g) is being maliciously used as a result of judicial misconduct in a universal judicial branch decission to protect administration or government employee from continuance infringement of equal protection of law and rights to constitution of United states.

The petitioner as a result being hindered not because petitioner has been convicted of any crime as evidence will continue to establish this fact but because a false record has been created by judicial branch of Los Angeles CA United states and attempting to control how petitioner should petition the United states for redress by trying to enforce petitioner to use certain vehicle such as Habeas corpus however petitioner has a free will within the First and Fourteenth Amendment of United states to determine petitioner own litigation strategies and petitioner sound discretion and understanding of interpretation of laws determined that he is not a prisoner of United states and has not been convicted of any crime thus there can be no conviction litigation to over turn or litigation for relief thus 28 uscs 1915A does not apply.

In this case the question of law is whether petitioner does not have the right to challenge the Application 28 USCS 1915A or 28 USCS 1915(g) when petitioner challenge the application of this statute, the court simply ignore petitioner claim and continue to apply the statute without any forum esterblished to challenge this issue.

As petitioner has esterblished in case <u>5:23-CV-00505 TPB-PRL</u> of Federal court in Florida that petitioner was held under false identification, without a conviction and being forced by the District court through Application of 28 USCS 1915A to hinder petitioner litigation right. The court considered and granted petitioner proceed without payment however dismissed petitioner suit without prejudice ~~advisit~~ without opinion for petitioner to use proper Vehicle 42 1983 or 28 2241.

However upon bringing suit under 42 1983, in the same court another court reasoned that 28 USCS 1915(g) continued to Apply since "Aloba – a prisoner of the federal Bureau of prison" conceding that Aloba was not a prisoner by failing to cite any petitioner record of Judicial Authority but reasoned that so far petitioner is being imprisoned or detained then three strike rule applies.

Prayer.

and rejecting the other court opinion. please see Case 5:23-CV-00582-SPG-PRL. base on this opinion petitioner believe that since he has right to be heard in any court of united states this court should consider all allegations and supported evidence offered in case 5:23-CV-00505-TEB-PRL and declare that petitioner is not a prisoner of united states and that 28 USCS 1915(g) and 28 USCS 1915A is in applicable and to issue all necessary writ in aid of this court jurisdiction in preventing continuance participation in continuance conspiracy and corruption to violates Federal right.

Respectfully Submitted
Oriyomi Sadiq Aloba
09-29-23.

7

Oriyomi Sanni Aloba
Federal Correctional Complex
USP1
PO Box 1033
Coleman, FL, 33521

TAMPA FL 335
SAINT PETERSBURG FL
11 OCT 2023 PM 4 L



Federal District Court
Court Clerk
2120 Capitol Avenue
Room 2441
Cheyenne, WY, 82001

82001-365831

