IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING



**FILED**

*11:56 am, 11/20/23*

**Margaret Botkins
Clerk of Court**

| | |
|---|---|
| ORIYOMI SADIQ ALOBA,<br><br>Plaintiff,<br><br>VS.<br><br>UNITED STATES COURTS, UNITED STATES DEPARTMENT OF JUSTICE,<br><br>Defendant, | Case No. 23-CV-00192 |

### ORDER DISMISSING PETITION

Pursuant to the Court's previous order (ECF No. 3), in order to pursue this action, Plaintiff Oriyomi Sadiq Aloba was required to pay the $402.00 filing fee by November 17, 2023. Plaintiff has failed to do so.

THEREFORE IT IS ORDERED, pursuant to the Court's previous order (ECF No. 3), Plaintiff Oriyomi Sadiq Aloba's *pro se* Petition (ECF No. 1) is dismissed without prejudice.

Dated this 20th day of November, 2023.

Scott W. Skavdahl
United States District Judge