# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING



**FILED**

**1:06 pm, 11/20/23**

**Margaret Botkins**
**Clerk of Court**

ORIYOMI SADIQ ALOBA

                   Plaintiff

vs

UNITED STATES COURTS, UNITED STATES DEPARTMENT OF JUSTICE

                   Defendant

Case Number: 1:23-CV-00192-SWS

## JUDGMENT IN A CIVIL ACTION

Pursuant to the Order of Dismissal (ECF No. 6), entered November 20, 2023, which is fully incorporated by this reference,

IT IS HEREBY ORDERED, pursuant to the Court's previous order (ECF No. 3), Plaintiff Oriyomi Sadiq Aloba's *pro se* Petition (ECF No. 1) is dismissed without prejudice in accordance with the order entered on November 20, 2023, and the case is terminated.

Dated this 20th day of November, 2023.

                                                   Margaret Botkins
                                                   Clerk of Court

                                                   By Elayna Thorsell
                                                   Deputy Clerk